THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARLENE JAGANA,<br><br>  Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE COMPANY,<br><br>  Defendant. | NO. 2:13-cv-01167 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

   Plaintiff Earlene Jagana and defendant Standard Insurance Company stipulate through their counsel of record that this action may be dismissed with prejudice and without costs.

   DATED this 31st day of July, 2013.

s/ David A. LeMaster
David A. LeMaster
WSBA 22874
Hackett, Beecher & Hart
1601 Fifth Avenue, Suite 2200
Seattle, WA 98101
(206) 624-2200
E-mail: dlemaster@hackettbeecher.com
Counsel for Defendant

s/ Jonathan R. Rappaport
Jonathan R. Rappaport
WSBA 20028
Law Office of Jonathan R. Rappaport
P.O. Box 31997
Seattle, WA 98103
(206) 634-0711
E-mail: JRR@LawyerJon.com
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL – 1

**ORDER**

Based on the above stipulation of the parties, it is hereby:

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice and without costs to any party.

DATED this 1st day of August, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 2